**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 21-2007**

―――――――――

WELLS FARGO BANK NATIONAL ASSOCIATION, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC1, Mortgage Pass-Through Certificates, Series 2006-WMC1,

Plaintiff - Appellee,

v.

CHARLES JENKINS, JR.,

Defendant - Appellant,

and

BEVERLY T. JENKINS,

Defendant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:21-cv-00030-TSE-TCB)

―――――――――

Submitted:  May 31, 2022                                    Decided:  June 16, 2022

―――――――――

Before KING, HARRIS, and RUSHING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Charles Jenkins, Jr., Appellant Pro Se.   Allison Melton, TROUTMAN PEPPER HAMILTON SANDERS, LLP, Virginia Beach, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Jenkins, Jr., appeals two district court orders entered in this diversity action, the first of which dismissed Jenkins' counterclaim and the second of which granted summary judgment in favor of Appellee and denied Jenkins' motions to dismiss. Upon consideration of Jenkins' arguments on appeal in conjunction with the record and the relevant authorities, we discern no reversible error in the court's rulings. Accordingly, we affirm for the reasons stated by the district court. *Wells Fargo Bank Nat'l Ass'n v. Jenkins*, No. 1:21-cv-00030-TSE-TCB (E.D. Va. May 28, 2021; filed on Aug. 27, 2021 & entered on Aug. 30, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
